SIDNEY PALEY, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. TOWNSHIP OF WOODBRIDGE, DEFENDANT-PETITIONER.

*Mr. Stewart M. Hutt* and *Mr. Sam Weiss* for the petitioner.

*Messrs. Patten & Pryga* for the respondents.

April 30, 1962. ▇▇▇▇

WILLIAM PURICH, PLAINTIFF-RESPONDENT, v. IRVING WEININGER, DEFENDANT-PETITIONER.

See same case below: 72 *N. J. Super.* 344.

*Messrs. Major & Major* for the petitioner.

*Messrs. Morrison, Lloyd & Griggs* for the respondent.

April 30, 1962. ▇▇▇▇